UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FELIPE A. MORALES,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-10-0375-RHW

**JUDGMENT IN A CIVIL CASE**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 8th day of November, 2012.

                JAMES R. LARSEN
                District Court Executive/Clerk

                by: /s/ Linda Emerson
                      Deputy Clerk

cc: all counsel